◾ In the Matter of MARTIN ALAN DANOFF, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Stevens, P. J., Kupferman, Murphy, Lane and Nunez, JJ.